# EXHIBIT "B"

6/2/2017 5:18:20 PM
Chris Daniel - District Clerk Harris County
Envelope No. 17403008
By: Marcella Hill
Filed: 6/2/2017 5:18:20 PM

## CAUSE NO. 2017-26790

| | | |
|---|---|---|
| ILANA ARMALY PAPANDREAOU | § | IN DISTRICT COURT OF |
| *Plaintiff,* | § | |
| | § | |
| v. | § | 11TH JUDICIAL DISTRICT |
| | § | |
| CRAIG OLSON AND D & E ELITE | § | |
| TRANSPORT, INC. | § | |
| *Defendants.* | § | HARRIS COUNTY, TEXAS |

### DEFENDANT D&E ELITE TRANSPORT, INC.'S
### ORIGINAL ANSWER, JURY DEMAND, AND REQUESTS FOR DISCLOSURE

**D&E ELITE TRANSPORT, INC.**, one of the Defendants, files this its Original Answer, Jury Demand, and Requests for Disclosure. In support, Defendant shows this Court as follows:

**1.**

As permitted by Rule 92 of the Texas Rules of Civil Procedure, Defendant generally denies the allegations made by Plaintiff in her most recent Petition. Defendant specifically reserves the right to amend its answer pursuant to the Texas Rules of Civil Procedure.

**2.**

Defendant further pleads all just and lawful offsets and credits for any amounts paid or otherwise available to Plaintiff to compensate her for her damages, if any.

**3.**

Pleading further, to the extent that any medical expenses exceed the amount actually paid or incurred, Defendant asserts the statutory defense set forth in §41.0105 of the Texas Civil Practice & Remedies Code.

Certified Document Number: 7536523 - Page 1 of 4

**4.**

Pleading further, if Plaintiff seeks recovery of earnings, lost wages, loss of earning capacity, or loss of any type of contribution of any pecuniary value, evidence of the alleged loss must be presented in the form of a net loss after reduction for income tax payments or unpaid tax liability pursuant to §18.091 of the Texas Civil Practice & Remedies Code.

**5.**

Pleading further, Defendant invokes and asserts Chapter 33 of the Texas Civil Practice & Remedies Code and specifically requests that the trier of fact, as to each cause of action asserted, determine the percentage of responsibility for each claimant, each defendant, each settling party, and each responsible third party who has been designated under Texas Civil Practice and Remedies Code Section 33.004 (or otherwise joined into the case). TEX. CIV. PRAC. & REM. CODE § 33.003. Therefore, Defendant's liability, if any, to Plaintiff for damages, should be diminished, reduced, and/or offset based upon the fault and responsibility of such other persons and/or entities in accordance with Chapter 33 of the Texas Civil Practice & Remedies Code.

**6.**

Defendant further asserts that the costs incurred, or paid by the Plaintiff, if any, for repair of property damage, medical care, dental care, custodial care or rehabilitation services, loss of earning or other economic loss, in the past or future, were or will, with reasonable certainty be replaced or indemnified, in whole or in part, from one or more collateral sources of the type described in the Texas Civil Practice & Remedies Code § 41.0105, including by or through insurance available to the Plaintiff under the terms of the Patient Protection and Affordable Care Act, and as such the Defendant is entitled to have any award reduced in the amount of such payments.

2

Certified Document Number: 75365233 - Page 2 of 4

**7.**

Defendant further asserts that the calculation of post-judgment interest is governed by TEX. FIN.
CODE §304.003(c).

**8.**

Defendant further asserts that pre-judgment interest is disallowed on future damages.  TEX. FIN.
CODE §304.1045.

**9.**
## REQUESTS FOR DISCLOSURE

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Defendant respectfully requests that

Plaintiff disclose within thirty (30) days of service of this Request, the information and material described

in Rule 194.

**10.**
## JURY DEMAND

Pursuant to Rule 216 of the Texas Rules of Civil Procedure, Defendant makes demand and

application for a jury trial.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant prays all relief sought by Plaintiff be

denied and that Defendant have such other and further relief, at law or in equity, to which it may be justly

entitled.

Certified Document Number: 75365233 - Page 3 of 4

3

Respectfully submitted,

**LAPIDUS KNUDSEN, PC**

*Lynda K Burkhalter*

**MARK R. LAPIDUS**
TBN: 11942250
mlapidus@lk-lawfirm.com
**LYNDA K. BURKHALTER**
TBN: 24008087
mknudsen@lk-lawfirm.com
3518 Travis, Suite 100
Houston, TX 77002
(713) 400-6000
(713) 622-8054 (FAX)

**ATTORNEYS FOR DEFENDANT
D&E ELITE TRANSPORT, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all parties and/or attorneys of record, in accordance with the Texas Rules of Civil Procedure, on this *2ud* day of June, 2017.

Michael R. Wadler                      *Via E-File and Facsimile (713) 572-7010*
Harberg Huvard Jacobs Walder LLP
2100 West Loop South, #1100
Houston, TX 77027
wadler@hvjwlaw.com

*Lynda K. Burkhalter*

**LYNDA K. BURKHALTER**

G:\03233\9425\Pleadings\Def D&E Elite OA JD RFD.wpd

4

Certified Document Number: 75365233 - Page 4 of 4



I, Chris Daniel, District Clerk of Harris
County, Texas certify that this is a true and
correct copy of the original record filed and or
recorded in my office, electronically or hard
copy, as it appears on this date.
Witness my official hand and seal of office
this   June 12, 2017

Certified Document Number:        75365233 Total Pages:  4

Chris Daniel, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated
documents are valid. If there is a question regarding the validity of this document and or seal
please e-mail support@hcdistrictclerk.com**